# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Amontae Williams, et al.

                              Plaintiff,

v.

Board Of Education Of The City Of Chicago, et al.

                              Defendant.

Case No.: 1:20−cv−04540

Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 22, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Lengthy settlement conference held on 9/21/2023 with client representatives for all remaining parties. Settlement agreements reached, subject to the parties reaching agreement regarding a material term concerning attorney's fees. All pending motions are terminated without prejudice as moot. The final pretrial conference and trial dates are vacated. A telephonic status hearing is set for 10/2/2023 at 9:05 AM, using call−in number 888−684−8852, access code 746−1053. A joint status report is to be filed under seal on 9/29/2023. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.